UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 4:08-cr-310<br>4:15-cv-251 |
| JUWAN HALL, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Defendant's motion to hold restitution order in abeyance until Defendant is released from prison and is able to obtain gainful employment. *See* Doc 97. In opposition, the Government filed a response wherein this Court was moved to deny the Defendant's motion, thus continuing to require the Defendant to make quarterly payments of $25.00 towards his outstanding order of restitution. The Court, having read and considered both party's motions and the balance of the record, hereby ORDERS:

1. The Defendant's motion is DENIED.

It is so Ordered this 27 day of November, 2017.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA